IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| In the Matter of the Tracking of:<br><br>2021 Big Tex Flatbed Trailer bearing Vehicle Identification Number (VIN) 16V3F382XM4024411 and Montana License plate number 135321 M | MJ 22-52-M-KLD<br><br>ORDER |

The warrant in the above-entitled matter having been executed and returned - together with a copy of the certified inventory of the property seized - to the undersigned, the Clerk of Court is directed to file the same.

IT IS SO ORDERED.

DATED this 3rd day of August, 2022.

_____
Kathleen L. DeSoto
United States Magistrate Judge

1